IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN CHARLES TINSLEY,** | ) |
| Petitioner, | ) |
| v. | ) Civil No. **05-224-JPG** |
| **S. REVELL,** | ) |
| Respondent. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's "Motion for Instanter" **(Doc. 2)**, which was filed simultaneously with the petition for writ of habeas corpus **(Doc. 1)**. Petitioner asks that the Court gant the petition, and he includes what appear to be exhibits from the State court record.

**IT IS HEREBY ORDERED** that the Clerk of Court have the record reflect that petitioner's "Motion for Instanter" **(Doc. 2)** is not a motion at all; rather, it is construed as exhibits in support of the petition **(Doc. 1)**. The petition will be decided in due course, after consideration of the parties' briefs.

**IT IS SO ORDERED.**

**DATED: February 21, 2006**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**