IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **STEVEN CHARLES TINSLEY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. **05-224-JPG** |
| | ) | |
| **S. REVELL,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's "Motion for Instanter" **(Doc. 6)**, requesting that his petition for writ of habeas corpus **(Doc. 1)** be granted. A review of the record reveals that petitioner filed his motion before respondent had filed his answer **(Doc. 7)**.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 6)** is **DENIED AS PREMATURE**. The petition will be decided in due course, after consideration of the parties' briefs.

**IT IS SO ORDERED.**

DATED: February 21, 2006

                                                  **s/ Clifford J. Proud**
                                                  **CLIFFORD J. PROUD**
                                                  **U. S. MAGISTRATE JUDGE**