IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN CHARLES TINSLEY,** )<br>)<br>Petitioner, )<br>)<br>V. )<br>)<br>**S. REVELL,** )<br>)<br>Respondent. ) | Civil No. **05-224-JPG** |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's "Motion to Compel Expedited Order" **(Doc. 10)**, requesting that his petition for writ of habeas corpus **(Doc. 1)** be granted immediately.

A review of the record reveals that respondent has filed an answer to the petition, arguing that petitioner has failed to exhaust administrative remedies, and noting that he has filed a similar petition in the Northern District of Illinois. **(Docs. 7 and 8).** Petitioner has filed a reply. **(Doc. 9).** The Court must first determine whether petitioner has procedurally defaulted all of the issues raised in the petition. In the event petitioner has not procedurally defaulted one or more issues, then the Court will order respondent to produce the underlying record, and the merits of petitioner's issues will then be briefed by the parties.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 10)** is **DENIED**. The petition will be decided in due course, after consideration of the parties' briefs.

**IT IS SO ORDERED.**

**DATED: February 21, 2006**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**