UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN CHARLES TINSLEY,

    Petitioner,

v.

S. REVELL,

    Respondent.

Case No. 05-cv-224-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Steven Charles Tinsley's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

**DATED: September 5, 2008**      **NORBERT JAWORSKI, CLERK**

    s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**